# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SONIA V ENRIQUEZ | | |
| **Case Number:** | 2:09-bk-08345-SSC | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 15, 2009 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | | | |
| **Reporter / ECR:** | N/A | | |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BAC HOME LOANS SERVICING

**R / M #:**   43 / 0

**VACATED:   CASE DISMISSED 12/10/09**

## Appearances:

NONE

## Proceedings:

VACATED: CASE DISMISSED 12/10/09